# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PAULA BOBILIN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    No.    3:07-0689 |
| | ) |
| FRANKLIN FAMILY YMCA AND | )    Judge Trauger |
| YMCA OF NASHVILLE AND MIDDLE | )    Magistrate Judge Knowles |
| TENNESSEE, | ) |
| | ) |
|    Defendants. | ) |

## ORDER OF DISMISSAL

THIS CAUSE came before this Court upon all parties' Joint Motion under Federal Rule of Civil Procedure 41(a)(2) for an Order of Dismissal with prejudice providing for the Court to retain jurisdiction to enforce the confidential stipulation for settlement signed by all parties.

The Court having considered the joint motion and pertinent portions of the record, the Court GRANTS said Motion. The Court dismisses this action with prejudice under Federal Rule of Civil Procedure 41(a)(2), provided that the Court shall retain jurisdiction of this case for purposes of enforcing the parties' stipulation for settlement. This Court shall retain such jurisdiction for 365 calendar days from the date of the entry of this Order. Each party shall bear its own attorney's fees and costs, except as provided in the parties' confidential stipulation for settlement which the Court hereby incorporates by reference into this Order. The Stipulation for Settlement shall remain confidential as per the terms contained therein.

Entered this the \_\_\_7th\_\_\_ day of \_\_\_March\_\_\_, 2008.

_____
HONORABLE ALETA TRAUGER

3

APPROVED FOR ENTRY:

/s/ Fred J. Bissinger
Fred J. Bissinger
Wimberly Lawson Seale Wright & Daves, PLLC
200 Fourth Avenue North, Suite 900
Nashville, TN 37219
615-727-1000
Attorneys for Defendants Franklin Family
YMCA and YMCA of Nashville and
Middle Tennessee

/s/ John Page Garrett
John Page Garrett
5133 Harding Road, #112
Nashville, TN 37205
877-624-5108
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

     I, John Page Garrett, hereby certify that I have sent a true and exact copy of the foregoing Order of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(2) via electronic means to Fred J. Bissinger, Attorney for Defendants, 200 Fourth Avenue North, Suite 900, Nashville, Tennessee 37219 this the 5th day of March, 2008.

                                                     s/ John Page Garrett
                                                     John Page Garrett

4

Case 3:07-cv-00689   Document 38   Filed 03/10/08   Page 2 of 2 PageID #: 180